## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

POLYBLANK DESIGNS LIMITED,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:20-cv-04453

Judge Sara L. Ellis

Magistrate Judge Susan E. Cox

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 15 | Guangzhou Coton Sportswear Co., Ltd. |

DATED: October 27, 2020        Respectfully submitted,

          */s/ Keith A. Vogt*
          Keith A. Vogt (Bar No. 6207971)
          Keith Vogt, Ltd.
          111 West Jackson Boulevard, Suite 1700
          Chicago, Illinois 60604
          Telephone: 312-675-6079
          E-mail: keith@vogtip.com

          ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 27, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt